UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:             CHAPTER 13
FRANK B MCCURDY,         CASE NO. 17-49820-MAR
DEBTOR.                     JUDGE MARK A RANDON
_____/

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Based upon Trustee's calculations, debtor's Plan is underfunded due in part to the treatment of PRA Receivables in Class 5.1 of the Chapter 13 Plan and the Internal Revenue Service's Proof of Claim being filed in an amount greater than scheduled.

2. Trustee objects to debtor's failure to list the domestic support obligation for alimony in the Schedules and treat in the Chapter 13 Plan. Trustee further objects to debtor's failure to list Friend of Court as well as the child support creditor on Schedule E and the Chapter 13 mailing matrix. Trustee requires a copy of debtor's Judgment of Divorce and the most recent support order.

3. As debtor testified at the § 341 First Meeting of Creditors that his support obligation ends in August 2018, upon the completion of that direct

payment, the debtor will have additional funds to devote to payments into the Chapter 13 Plan through the Trustee thereby increasing the debtor's best effort payments.

4. Trustee objects to debtor's failure to disclose his non-filing spouse's income on Schedule I. Trustee objects to debtor's failure to provide 60 days of payment advices for his non-filing spouse as required by 11 U.S.C. § 521(a)(1)(B)(iv) and E. D. Mich. LBR 1007-1(f).

5. Trustee objects to debtor's failure to disclose his non-filing spouse's income on the Means Test Form 122C-1 and Trustee requires an amendment of the Forms 122C-1 and 122C-2 as it affects the disposable income calculation.

6. As debtor testified at the § 341 First Meeting of Creditors that his sister is no longer contributing for the car, Trustee requests debtor file an amended Schedule I.

7. Trustee objects to debtor's failure to provide all disposable income pursuant to 11 U.S.C. § 1325(b)(1), where based upon the pay stubs provided, it appears debtor has understated the income disclosed on Schedule I by $883.00 per month (average). Trustee requires debtor to file an amended Schedule I and increase the best effort and plan payment accordingly.

8. Trustee requests documentation of the loan balance and payoff date for debtor's 401(k) loan.

9. Upon the completion of direct payments to the 401(k) loan, the debtor will have additional funds to devote to payments into the Chapter 13 Plan through the Trustee thereby increasing the debtor's best effort payments.

10. Trustee requests 100% of the profit sharing/bonus checks to which debtor becomes entitled.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

November 13, 2017        /s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>FRANK B MCCURDY,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 17-49820-MAR<br>JUDGE MARK A RANDON |

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MARSHALL D SCHULTZ
29777 TELEGRAPH ROAD
SUITE 2203
SOUTHFIELD, MI  48034-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

FRANK B MCCURDY
38752 NOTTINGHAM DRIVE
ROMULUS, MI  48174-0000


November 14, 2017              /s/ Barbara A. Ecclestone
                               Barbara A. Ecclestone
                               For the Office of the Chapter 13 Trustee-Detroit
                               719 Griswold Street, Ste 1100
                               Detroit, MI  48226
                               (313) 962-5035
                               notice@det13ksc.com